[No. 10339-1-III. Division Three. June 6, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. OLESON T. REUBEN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88-1-01847-8, Michael E. Cooper, J., entered October 6, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J. Now published in 62 Wn. App.

[No. 27882-7-I. Division One. June 10, 1991.]

THE CITY OF SEATTLE, *Petitioner,* v. RODGER P. KNUTSON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-06304-2, Nancy A. Holman, J., entered January 24, 1991. *Reversed* by unpublished per curiam opinion. Now published at 62 Wn. App. 31.

[No. 27678-6-I. Division One. June 10, 1991.]

JEANNIE WALSH, *Appellant,* v. WILLIAM HARTWICH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 90-2-04605-2, Anthony P. Wartnik, J., entered November 2, 1990. *Reversed* by unpublished per curiam opinion.